UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 7 - 2017 ★
BROOKLYN OFFICE

DERRICK ANDERSON,
on behalf of himself and
all others similarly situated,

        Plaintiff,

        -against-

SELA GROUP HOTEL LLC,

        Defendant.

Case No.: 17-cv-02133

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, DERRICK ANDERSON, are hereby dismissed with prejudice, in their entirety, as against Defendant, SELA GROUP HOTEL LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with the parties to bear responsibility for their respective fees and costs.

Dated: November 29, 2017
       New York, New York

For The Plaintiff:

By: _____
C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Phone: (212) 465-1188

*Having considered defendant's letter (Dk 22) and plaintiff's response (Dk 23), the Court hereby*

SO ORDERED: *S this Notice of Dismissal*

s/Carol Bagley Amon
U.S.D.J.

12/6/17